UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK ANTHONY ROBICHAUX | CIVIL ACTION |
| VERSUS | NO. 17-5680 |
| LAFOURCHE PARISH DETENTION CENTER ET AL. | SECTION "A"(2) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's motion to dismiss, Record Doc. No. 19, is **GRANTED** and that plaintiff's Section 1983 claims are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim upon which relief may be granted under Fed. R. Civ. P. 12(b)(6), 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

November 14, 2017

_____
UNITED STATES DISTRICT JUDGE